E-filing

FILED
JAN X 2 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD GARZA, B-96513,

    Plaintiff(s),

v.

ANTHONY HEDGPETH, et al.,

    Defendant(s).

No. C 12-3354 CRB (PR)

ORDER

    In response to defendants' motion to dismiss plaintiff's First Amended Complaint (FAC), plaintiff has filed a motion for leave to file a second amended complaint (docket #65). The court requests that defendants file a response to plaintiff's motion within fourteen (14) days of this order.

SO ORDERED.

DATED: JAN 0 2 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Garza, E.12-3354.or3.wpd

