IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD GARZA, B-96513, | ) | |
| Plaintiff(s), | ) ) | No. C 12-3354 CRB (PR) |
| v. | ) ) | ORDER OF DISMISSAL |
| ANTHONY HEDGPETH, et al., | ) ) | |
| Defendant(s). | ) ) | |

Pursuant to the parties' recently-filed stipulation for voluntary dismissal with prejudice, the instant case is DISMISSED with prejudice. <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(ii).

The clerk shall enter judgment in accordance with this order, terminate all pending motions as moot and close the file.

SO ORDERED.

DATED: March 20, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Garza, E.12-3354.dismissal.wpd